**No. 11M59. Maher El Falesteny, Petitioner v. Barack H. Obama, President of the United States, et al.**

565 U.S. 1154, 132 S. Ct. 1132, 181 L. Ed. 2d 973, 2012 U.S. LEXIS 838.

January 17, 2012. Motion for leave to file a petition for writ of certiorari under

seal denied without prejudice to filing a renewed motion together with either a redacted petition, or an explanation as to why the petition may not be redacted, within 30 days. Justice Kagan took no part in the consideration or decision of this motion.